IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:11-cr-04037-FJG-1 |
| | ) | |
| Aaron Matthew Payne, | ) | |
|     Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth (Doc. #27 filed on May 30, 2012), to which no objection has been filed, the plea of guilty to Counts 1 through 6 of the Indictment which was filed on September 2, 2011, is now accepted. Defendant is adjudged guilty of such offense(s). Sentencing will be set by subsequent order of the court.

                                                                                         */s/ Fernando J. Gaitan, Jr.*
                                                                                           Fernando J. Gaitan, Jr.
                                                                       Chief United States District Judge

Dated: June 21, 2012
Kansas City, Missouri